THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1165 Hoff way, #205
Orland, CA 95963
Telephone: 415-389-8600
Direct Cell: 530-824-1000
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
JAIME RANBERG

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| _____<br><br>JAIME RANBERG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MEXICAN RESTAURANT BAR & GRILL; ELIE S. KHANO; and CYNTHIA KHANO,<br><br>Defendants. | CASE NO. 3:18-CV-07301-CRB<br><br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: July 19, 2019          THOMAS E. FRANKOVICH, APLC
                                  *A PROFESSIONAL LAW CORPORATION*


By: ___/s/ Thomas E. Frankovich_____
Thomas E. Frankovich
Attorneys for Plaintiff

Dated: July 19, 2019          DAVID KORNBLUH
                                  Ventura Hersey & Muller LLP


By: _/s/ David Kornbluh_____
David Kornbluh
Attorneys for Defendants




[proposed] <u>**ORDER**</u>

     IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.



Dated: July 29, 2019          _____

                                 Honorable Judge Charles R. Breyer